1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GLENN SCHULER,                          Case No.  1:18-cv-0884--BAM

12                   Plaintiff,              **ORDER GRANTING APPLICATION TO
                                             PROCEED WITHOUT PREPAYMENT OF**
13        v.                                 **FEES OR COSTS**

14   COMMISSIONER OF SOCIAL                   **ORDER DIRECTING CLERK TO ISSUE
     SECURITY,                               SUMMONS AND NEW CASE**
15                                           **DOCUMENTS**

16                   Defendant.              **ORDER DIRECTING PLAINTIFF TO
                                             RETURN USM FORMS TO CLERK'S**
17                                           **OFFICE**

18        Plaintiff Glenn Robert Schuler filed a complaint on June 28, 2018, along with an application

19   proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a).  (Docs.

20   1, 3).  Plaintiff has made the showing required by section 1915(a), and accordingly, the request to

21   proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

22        Accordingly, IT IS HEREBY ORDERED THAT:

23        1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

24        2.    The Clerk of Court is DIRECTED to issue the following:

25              a.    A summons; and

26              b.    New Social Security Case Documents including Social Security

27                    USM-285 Forms;

28        3.    Plaintiff DIRECTED to return a completed USM-285 form along with the other

                                             1

service documents identified in the attached "Instructions for Service of Social

Security Appeals" document to the Clerk's Office within thirty days;

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA
> 2500 Tulare Street, Room 1501
> Fresno, California 93721

IT IS SO ORDERED.

Dated: __**July 9, 2018**__          _____/s/ *Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE