# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ROBERT SCHULER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00884-BAM<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SERVICE DOCUMENTS AS MOOT<br><br>(Doc. No. 9)<br><br>ORDER DIRECTING PLAINTIFF TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION<br><br>(Doc. No. 6)<br><br>**THIRTY (30) DAY DEADLINE** |

## I. Background

Plaintiff Glenn Robert Schuler ("Plaintiff") is proceeding pro se and in forma pauperis in this action seeking review of the Commissioner of Social Security's denial of his social security benefits. On July 10, 2018, the Court issued an order granting Plaintiff's motion to proceed in forma pauperis and instructed Plaintiff to return a completed USM-285 form along with the other service documents identified in the "Instructions for Service of Social Security Appeals" within thirty (30) days. (Doc. No. 4.) The same day, the Court issued a Scheduling Order, Order re Consent or Request for Reassignment, and Informational Order, all three of which were served

1

on Plaintiff. (Doc. Nos. 6, 7.) On August 1, 2018, Plaintiff filed a notice of submission of documents indicating that he had submitted the requisite service documents. (Doc. No. 8.)

## II. Motion for Extension of Time

Currently before the Court is Plaintiff's motion for an extension of time to file the service documents identified in the Court's order granting Plaintiff's application to proceed in forma pauperis. (Doc. No. 9.) Plaintiff's motion, filed August 1, 2018, indicates that he believed that the requisite service documents were required to be filed within twenty (20) days as stated in the Court's scheduling order and informational order but he was unable to comply with that deadline due to physical, mental, and financial limitations. (*Id.*) Accordingly, Plaintiff seeks an extension of time, if one is necessary, due to his confusion regarding the deadlines and requirements for filing the requisite service documents. (*Id.*)

Plaintiff's confusion appears to arise from his reading of the Scheduling Order and Informational Order issued July 10, 2018. (Doc. Nos. 6, 7.) These orders direct Plaintiff to serve copies of the summons, complaint, notice and form of consent to proceed before a magistrate judge, and a copy of the scheduling order within twenty (20) days of Plaintiff filing the complaint. (Doc. Nos. 6 at 1-2, 7 at 2.) However, both orders also state that this requirement does not apply where other provisions are made pursuant to an application to proceed in forma pauperis. (Doc. Nos. 6 at 1, 7 at 2.) Because the Court's order granting Plaintiff's application to proceed in forma pauperis directed Plaintiff to return the necessary service documents within thirty (30) days, the twenty (20) day deadline set forth in the Court's scheduling order and informational order did not apply. (*See* Doc. No. 4.) Plaintiff's notice of submission of documents was therefore timely filed on August 1, 2018, and no extension is required. Plaintiff's motion for extension of time will accordingly be denied as moot.

## III. Failure to Consent to or Decline Magistrate Judge Jurisdiction

The Order re Consent or Request for Reassignment issued on July 10, 2018, required the parties to complete and return a Consent to Assignment or Request for Reassignment form within ninety (90) days. (Doc. No. 6.) However, the record reflects that Plaintiff has not yet filed a valid form consenting to Magistrate Judge jurisdiction or requesting reassignment to a District

Judge despite appearing in this action. Therefore, Plaintiff shall notify the Court within thirty (30) days from the date of service of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

Accordingly, the Court HEREBY ORDERS that:

1. Plaintiff's motion for extension of time (Doc. No. 9) is DENIED as moot;
2. The Clerk of the Court is directed to send Plaintiff a copy of the consent or request for reassignment form and the instructions for consent to Magistrate Judge jurisdiction; and
3. Plaintiff shall complete and return the consent or request for reassignment form within **thirty (30) days** of service of this order.

IT IS SO ORDERED.

Dated: **February 6, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE