# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ROBERT SCHULER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00884-BAM<br><br>ORDER STRIKING PLAINTIFF'S UNSIGNED OPENING BRIEF<br><br>(Doc. No. 19)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Glenn Robert Schuler ("Plaintiff") is proceeding pro se and in forma pauperis in this action seeking review of the Commissioner of Social Security's denial of his social security benefits. On April 3, 2019, Plaintiff filed a document entitled "Plaintiff's Opening Brief." (Doc. No. 19.) However, the brief is not signed.

Unsigned filings cannot be considered by the Court, and therefore the filing will be stricken. Fed. R. Civ. P. 11(a); Local Rule 131. Each document submitted for filing must be signed by the filing party. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's Opening Brief is unsigned, the Court must strike it from the record. Plaintiff will be permitted **thirty (30) days** to file a signed opening brief that complies with the Federal Rules of Civil Procedure and the Local Rules.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's Opening Brief, filed April 3, 2019, (Doc. No. 19), is STRICKEN from the record for lack of signature; and

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed opening brief.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE